The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| 160 LEE STREET CONDOMINIUM HOMEOWNERS' ASSOCIATION, a Washington condominium association, | NO. 2:17-cv-01170-MJP |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT |
| MID-CENTURY INSURANCE COMPANY, a foreign insurance company, | |
| Defendant. | |

This matter came before this Court pursuant to Plaintiff 160 Lee Street Condominium Homeowners Association's unopposed Motion for Leave to Amend Complaint.

Plaintiff 160 Lee Street Condominium Homeowners Association's unopposed Motion for Leave to Amend Complaint is GRANTED.

Dated this _20th_ day of __October__, 2017.

_____
Marsha J. Pechman
United States District Judge

ORDER GRANTING LEAVE TO
AMEND (NO. 2:17-cv-01170-MJP) - 1

Presented this  19th  day of October, 2017.

*/s/ Steven A. Stolle*
Steven A. Stolle, WSBA No. 30807
**STOLLE LAW GROUP, P.S.**
1001 Fourth Ave., Suite 4050
Seattle, Washington 98154
Telephone: (206) 228-2214
Facsimile: (206) 284-3439
Email: sstolle@stollelawgroup.com
Attorneys for 160 Lee Street
Condominium Homeowners' Association

ORDER GRANTING LEAVE TO
AMEND (NO. 2:17-cv-01170-MJP) - 2