UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 160 LEE STREET CONDOMINIUM HOMEOWNERS' ASSOCIATION, | CASE NO. C17-1170 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MID-CENTURY INSURANCE COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Defendant's request for an extension of time to file its response to Plaintiff's Motion for Partial Summary Judgment is GRANTED. The response must be filed no later **January 5, 2018**; Plaintiff's reply will be due on **January 12, 2018**. The motion will be re-noted to January 12, 2018.

The clerk is ordered to provide copies of this order to all counsel.

Filed: December 19, 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk