UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 160 LEE STREET CONDOMINIUM HOMEOWNERS' ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MID-CENTURY INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. C17-1170 MJP<br><br>MINUTE ORDER RE: BRIEFING SCHEDULE FOR CROSS-MOTIONS |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Pending before the Court is Plaintiff's Motion for Summary Judgment of Liability (Dkt. No. 23), originally noted for December 22, 2017. On December 15, 2017, Defendant filed a motion for extension of time. (Dkt. No. 26.) That motion was granted on December 19 (Dkt. No. 30) and a new briefing schedule and noting date were established.

In the interim, however, Defendant had filed its response (Dkt. No. 27) and included in its response a cross-motion for summary judgment. In an effort to avoid possible confusion

regarding the briefing schedule in light of the cross-motion, the Court issues the following minute order:

The noting date of the cross-motion, according to the Local Rules, is the fourth Friday following the filing of the motion, which falls on **January 12, 2018** (the same date to which the original summary judgment motion was re-noted). Given that, the briefing schedule for both motions will be as follows:

**January 8, 2018** Response to the cross-motion due

**January 12, 2018** Reply to the motion and reply to the cross-motion due

The clerk is ordered to provide copies of this order to all counsel.

Filed: January 5, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk